AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF ___MASSACHUSETTS___

**APPEARANCE**

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ___JONATHAN D. MITCHELL___

I certify that I am admitted to practice in this court.

___6/30/04___
Date

___[signature]___
Signature

___Edward J. O'Reilly___  ___379990___
Print Name                   Bar Number

___46 Middle St.___
Address

___Gloucester, MA 01930___
City           State         Zip Code

___(978) 281-1774___
Phone Number

___281-3444___  Fax Number