AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JONATHAN D. MITCHELL

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jonathan D. Mitchell _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s) 846 and 841(a)(1)

Charles B. Swartwood, III          US Magistrate Judge
Name of Issuing Officer            Title of Issuing Officer

[signature]                         06-29-2004    Boston, MA
Signature of Issuing Officer       Date and Location

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DEA ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/30/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jonathan D. Mitchell

ALIAS:

LAST KNOWN RESIDENCE: 5 Exchange St., Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Gloucester, MA

DATE OF BIRTH (4 digit year): 00-00-1979

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7923

HEIGHT: 5'8"         WEIGHT: 185

SEX: M               RACE: W

HAIR: Brown          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA