AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| KNOWLTON, ALBERT, MITCHELL, GARDNER | | | | | Case Number:  04-1809-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>Tobin | DEFENDANT'S ATTORNEY<br>Natola, Andrews, O'Riely, Beauparlant |
|---|---|---|
| TRIAL DATE (S)<br>7/23/2004 | COURT REPORTER<br>P | COURTROOM DEPUTY<br>Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness |
| | | 7/23/04 | | | Steven Story, Senior Special Agent, DEA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/23/04 | X | X | Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages